IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GOLDOLLER REAL ESTATE
INVESTMENTS,
  Plaintiff,

  v.

BENNETTA GIBSON
AND ALL OTHER OCCUPANTS,
  Defendant.

CIVIL ACTION FILE
NO. 1:18-CV-1909-TWT

## ORDER

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action to the Magistrate Court of Clayton County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Clayton County.

SO ORDERED, this 7 day of August, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge